Form Number LR 3015-1 A (12/15)

# AMENDED CHAPTER 13 PLAN

Case No.: **17-71082**

Debtor(s): **Anthony I. Thompson**   SS#: xxx-xx-2053   Net Monthly Earnings: **$7,674.79**
**Shirley J. Thompson**   SS#: xxx-xx-5294   Number of Dependents: **0**

1. Plan Payments:

   ( **X** ) Payroll deduction Order: To **Mercedes - Benz US Int'l** for
   $ **801.00**  ☐ weekly ☑ bi-weekly ☐ semi-monthly ☐ monthly.

   ( **X** ) Payroll deduction Order: To **State of Alabama** for
   $ **516.00**  ☐ weekly ☐ bi-weekly ☑ semi-monthly ☐ monthly.

   Length of plan is **60** months, and the total debt to be paid through the plan is $ **169,495.00**.

   ☐ Chapter 13 filing fees will be paid through the chapter 13 trustee assigned to the case.

II. From the payments received, the trustee shall make disbursements pursuant to the Bankruptcy Code including:

   A. PRIORITY CLAIMS (INCLUDING ADMINISTRATIVE EXPENSES AND SUPPORT) [See § 1322(a)(2)]

   The following priority claims, if allowed, will be paid in full unless creditor agrees otherwise:

| CREDITOR | TYPE OF PRIORITY | SCHEDULED AMOUNT | MONTHLY PAYMENT |
|---|---|---|---|
| Internal Revenue Service | Taxes and certain other debts | $67,689.10 | $1,168.00 |
| State of Alabama - AL Dept. of Revenue | 2009 Taxes | $139.81 | $3.00 |
| State of Alabama - AL Dept. of Revenue | 2012 Taxes | $45.35 | $1.00 |
| State of Alabama - AL Dept. of Revenue | 2013 Taxes | $1,813.84 | $33.00 |

   B. Total Attorney Fee: $ **3,250.00** ; **$3,250.00** paid pre-petition; $ **0.00** to be paid at confirmation and $ **0.00** per month.

   C. The holder of each SECURED claim shall retain the lien securing such claim until a discharge is granted and such claim shall be paid in full with interest in deferred cash payments as follows:

   1. Long Term Debts:

| Name of Creditor | Total Amount of Debt | Amount of regular Payment to be Paid | Regular Payments to begin: Month/Year | Arrears to be paid by Trustee | Months Included in Arrearage Amount | Proposed Interest Rate on Arrearage | Proposed Fixed Payment on Arrearage |
|---|---|---|---|---|---|---|---|
| Select Portfolio Servicing | $157,100.00 | ☑ by Debtor $1,735.00 | May 2017 | $38,984.00 | 22 | 0.00% | $695.00 |

   2. Secured Debts (not long term debts) to be paid through Trustee:

| Name of Creditor | Adequate Protection Payments | Total Amount of Debt | Debtor's Value | Unsecured Portion | Description of Collateral | Proposed Interest Rate | Proposed fixed Payments | Fixed Payment to Begin |
|---|---|---|---|---|---|---|---|---|
| Capital One Auto Finance, Inc. | $0.00 | $16,713.92 | $16,900.00 | $0.00 | 2014 Chevrolet Malibu | 5.50% | $330.00 | Post-Confirmation |
| Wells Fargo Bank, N.A. DBA | $0.00 | $21,008.95 | $24,610.00 | $0.00 | 2015 Hyundai Sonata | 5.50% | $413.32 | Post-Confirmation |

III. Other debts (**not shown in 1 or 2 above**) which Debtor(s) propose to pay direct:

| Name of Creditor | Total Amount of Debt | Amount of Regular Payment | Description of Collateral | Reason for Direct Payment |
|---|---|---|---|---|
| -NONE- | | | | |

IV. Special Provisions (check all applicable boxes):

   ☑ This is an amended plan to address the Internal Revenue Service which replaces plan dated June 19, 2017.

   ☑ This plan proposes to pay the holders of allowed unsecured claims not otherwise provided for under the Plan a pot amount of not less than $ 3,472.00 to be distributed on a pro rata basis.

   ☑ Other Provisions:
   NOTICE TO ALL CREDITORS: THIS PLAN, THE CONFIRMATION ORDER, AND ANY APPROVED MODIFICATION AFFECTS YOUR RIGHTS. THE AMOUNT, IF ANY, THAT YOU MAY RECEIVE ON YOUR ALLOWED CLAIM MAY BE VALUED, MODIFIED, REDUCED, OR RE-CLASSIFIED TO AN UNSECURED STATUS (At which point you will receive a pro rata distribution along with all other unsecured claimants) PURSUANT TO 11 U.S.C. SECTIONS 1325, 1329, 506, AND 502. AT ANY TIME THE DEBTOR OR TRUSTEE MAY AMEND FOR ANY CLAIM OR CAUSE OF ACTION.

   1. On any claim not otherwise provided for that is allowed as secured, interest at 5.5% APR will be paid on the secured portion and a fixed payment awarded based on an amortization over the remaining length of the Plan. On any claim not otherwise provided for that is allowed as a priority, it will be awarded a fixed payment without interest over



the remaining length of the Plan

2. Debtor(s) proposes to remit to the Standing Chapter 13 Trustee all non-exempt proceeds from any lawsuit or cause of action.

3. COUNSEL FOR DEBTOR AGREES TO PERFORM ALL REQUIRED AND NECESSARY SERVICES REQUIRED FOR THE REQUESTED "NO-LOOK" FEE PURSUANT TO BANKRUPTCY RULE 2016 AND LOCAL RULE 2016-1.

4. NOTICE REGARDING THE ORDER IN WHICH THE TRUSTEE WILL MAKE DISBURSEMENTS FROM FUNDS AVAILABLE TO CREDITORS UNDER THIS PLAN:
FIRST: The Trustee shall be entitled to a Trustee's Fee not to exceed 10% from all non-exempt funds received by the Trustee's Office;
SECOND: If the filing fee is being paid in installments, the Filing Fee (currently $310.00) will be paid from funds available and in accordance with the Order granting the Application to Pay Filing Fees in Installments;
THIRD: From funds available, the initial Costs of Administration (specifically including attorney fees for debtor(s) counsel shall be paid, and shall not exceed the amount stated above;
FOURTH: From funds available, allowed Secured Claims shall begin to be paid the proposed fixed payment along with Sec. 503(b) Administrative Claims, including attorney fees for debtor(s) counsel as set forth above. Should insufficient funds be available, attorney fees shall be paid first, and then fixed payments pro-rated to secured claimants;
FIFTH: Allowed Priority Claims for Domestic Support;
SIXTH: All other Allowed Priority Claims, including Allowed Priority Tax Claims; and
SEVENTH: Lastly, if unsecured claimants are entitled to receive disbursements under this Plan, General Unsecured Claimants will be paid on a pro rata distribution basis.

5. Debtor(s) will continue to pay pre-petition and post-petition utility service debt (specifically including Alabama Power Electric Service Debt) in the ordinary course of business in lieu of posting a deposit as adequate assurance of future payment under Sec. 366 of the United States Bankruptcy Code. Debtor(s) acknowledges that the automatic stay does not bar the efforts of any utility service company (specifically including Alabama Power) to collect pre-petition and post-petition utility service debt.

Name/Address/Telephone/Attorney for Debtor (s)
Marshall A. Entelisano ENT001
701 22nd Avenue
Suite 2
Tuscaloosa, AL 35401
Telephone # (205) 752-1202
Fax # (205) 752-1203
E-mail marshall@marshall-lawfirm.com

Dated: 9-7-2017

9/8/17

Anthony T. Thompson
Signature of Debtor

Shirley J. Thompson
Signature of Debtor

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

# IN THE UNITED STATES BANKRUPTCY COURT
## Northern District of Alabama

| | |
|---|---|
| **In the Matter of:** § | |
| § | Case No. 17-71082 |
| **Anthony and Shirley Thompson** § | |
| § | **Chapter 13** |
| **Debtor(s)** § | |

## CERTIFICATE OF SERVICE

This is to certify that on September 12, 2017 I have served a copy of the Amended Plan on the parties listed on the attached Matrix by depositing a copy of the same in the United States Mail, postage prepaid and properly addressed, or if the party being served is a registered participant in the CM/ECF System for the United States Bankruptcy Court for the Northern District of Alabama, service has been made by a "Notice of Electronic Filing" as set forth below pursuant to FRBP 9036 in accordance with Paragraph II.B.4 of the Court's Administrative Procedures.

The Standing Chapter 13 Trustee, C. David Cottingham, and the Bankruptcy Administrator for the United States Bankruptcy Court for the Northern District of Alabama, J. Thomas Corbett, and the Assistant Bankruptcy Administrator for the United States Bankruptcy Court for the Northern District of Alabama, Western Division, Rachel Webber, have standing and are registered participants in the CM/ECF System for the United States Bankruptcy Court for the Northern District of Alabama, and service thereon has been made by a "Notice of Electronic Filing" as set forth below pursuant to FRBP 9036 in accordance with Paragraph II.B.4 of the Court's Administrative Procedures.

_____
Marshall A. Entelisano (ENT001)

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1126-7<br>Case 17-71082-JHH13<br>NORTHERN DISTRICT OF ALABAMA<br>Tuscaloosa<br>Tue Sep 12 11:05:35 CDT 2017 | Capital One Auto Finance, a division of Capi<br>P.O. Box 165028<br>Irving, TX 75016-5028 | DCH Regional Medical Center<br>C/O Dishuck, LaCoste and Smith<br>P O Box 20677<br>Tuscaloosa, Al 35402-0677 |
| PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | U. S. Bankruptcy Court<br>2005 University Blvd., Room 2300<br>Tuscaloosa, AL 35401-1546 | ARS Account Resolution<br>1643 Harrison Pkwy Ste 1<br>Sunrise, FL 33323-2857 |
| Alabama One Credit Union<br>1215 Veterans Mem. Pkwy.<br>Tuscaloosa, AL 35404-5842 | Alliance Collection Services<br>600 W Main St Ste A<br>Tupelo, MS 38804-3733 | Ascension Capital Group<br>PO Box 201347<br>Attn: Scott Beauchamp<br>Arlington, TX 76006-1347 |
| Capital One Auto Finance, Inc.<br>A Division of Capital One, N.A.<br>P.O. Box 201347<br>Arlington, TX 76006-1347 | Capital One Auto Finance, c/o Ascension Capi<br>P.O. Box 201347<br>Arlington, TX 76006-1347 | Christiana Bank & Trust<br>3801 Kennett Pike<br>Wilmington, DE 19807-2324 |
| Credit First/CFNA<br>P O Box 818011<br>Cleveland, OH 44181-8011 | Credit Management, LP<br>4200 International Parkway<br>Carrollton, TX 75007-1912 | DCH Regional Medical Center<br>c/o Dishuck and LaCoste<br>PO Box 20677<br>Tuscaloosa, AL 35402-0677 |
| EQUIFAX<br>Post Office Box 740241<br>Attn: Legal Department<br>Atlanta, GA 30374-0241 | EXPERIAN<br>P O Box 9556<br>Allen, TX 75013 | EZ Money<br>3728 McFarland Blvd. #E.<br>Tuscaloosa, AL 35405-2402 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>c/o Richard O'Neal<br>1800 Fifth Avenue<br>Birmingham, AL 35203-2111 | Paragon Contracting Serv Inc.<br>P O Box 12907<br>Norfolk, VA 23541-0907 |
| Rise Credit<br>4150 International Suite 300<br>Fort Worth, TX 76109-4819 | SFC Central Bankruptcy<br>PO Box 1893<br>Spartanburg, SC 29304-1893 | Security Finance<br>P O Box 3146<br>Spartanburg, SC 29304-3146 |
| Security Finance Corp. of AL<br>610 Skyland Blvd. E.<br>Tuscaloosa, AL 35405-4037 | Select Portfolio Servicing<br>P O Box 65250<br>Salt Lake City, UT 84165-0250 | Silver Cloud Financial<br>635 East Hwy 20 C<br>Upper Lake, CA 95485 |
| Sirote & Permutt<br>P. O. Box 55727<br>Birmingham, AL 35255-5727 | State of Alabama - AL Dept. of Revenue<br>Legal Division<br>P O Box 320001<br>Montgomery, AL 36132-0001 | TRANSUNION, LLC<br>Post Office Box 1000<br>Attn: Legal Department<br>Chester, PA 19022-1023 |

| | | |
|---|---|---|
| Wells Fargo Bank<br>1427 Greensboro Avenue<br>Tuscaloosa, AL 35401-2842 | Wells Fargo Bank N.A., d/b/a Wells Fargo Dea<br>PO Box 19657<br>Irvine CA 92623-9657 | Wells Fargo Bank, N.A. DBA<br>Wells Fargo Dealer Services<br>P.O. Box 19657<br>Irvine, CA 92623-9657 |
| Williams & Rivera<br>2100 Main St.<br>Ste 350<br>Irvine, CA 92614-6265 | Anthony I. Thompson<br>5641 Jug Factory Rd.<br>Tuscaloosa, AL 35405-5225 | C David Cottingham<br>Chapter 13 Standing Trustee<br>701 22nd Avenue, Suite 4<br>P O Drawer 020588<br>Tuscaloosa, AL 35402-0588 |
| Marshall Entelisano<br>701 22nd Avenue<br>Suite 2<br>Tuscaloosa, AL 35401-1857 | Shirley J. Thompson<br>5641 Jug Factory Rd.<br>Tuscaloosa, AL 35405-5225 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)SELECT PORTFOLIO SERVICING, INC. | (d)PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | End of Label Matrix<br>Mailable recipients     37<br>Bypassed recipients      2<br>Total                   39 |